**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| MICHELLE MICKENS, | ) | CIVIL ACTION NO: |
| *Plaintiff,* | ) | 3:25-cv-00166-TES |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| OGLETHORPE COUNTY SCHOOL | ) | |
| SYSTEM and SUPERINTENDENT | ) | |
| BEVERLY LEVINE, in her official | ) | |
| capacity, | ) | |
| *Defendants.* | ) | |

## <u>JOINT MOTION TO STAY</u>

COME NOW, Defendants Oglethorpe County School System and Beverly Levine ("Defendants"), and Plaintiff, and pursuant to Federal Rule of Civil Procedure 26(d) and the Local Rules of this Court, jointly move for an Order staying all procedural deadlines in this action through May 19, 2026, so that the Parties may participate in mediation. In support of this Motion, the Parties show the Court the following:

1. Plaintiff filed her Complaint on October 20, 2025.

2. Defendants filed their Answer on December 23, 2025.

3. Plaintiff served discovery requests on January 22, 2026, and granted Defendants an extension to respond while an initial settlement demand was prepared.

4.   Counsel for the Parties have conferred and agreed to participate in mediation.

5.   The Parties seek to mediate this matter without incurring the additional time and expense required to complete discovery and prepare dispositive motions.

6.   A stay of all deadlines, including the time for completing discovery is therefore requested through May 19, 2026, to allow the Parties sufficient time to schedule, prepare for, and participate in mediation.

7.   If mediation is unsuccessful, the parties will present a new scheduling order for the Court's consideration within five business days after the mediation.

8.   Both Parties consent to this Motion.

WHEREFORE, the Parties respectfully request that this Court enter an Order staying all current deadlines through May 19, 2026, for the reasons set forth above.

Respectfully submitted this 24th day of March, 2026.

| SOUTHERN POVERTY LAW CENTER | PEREIRA, KIRBY, KINSINGER & NGUYEN, LLP |
|---|---|
| s/*Sam Boyd*<br>Michael J. Tafelski<br>Georgia Bar No. 507007<br>Sam Boyd*<br>Florida Bar No. 1012141<br>Sophia Mire Hill*<br>Louisiana Bar No. 36912<br>Neil S. Ranu* | s/ *Elizabeth F. Kinsinger*<br>Aparesh Paul<br>Georgia Bar No. 362648<br>Elizabeth F. Kinsinger<br>Georgia Bar No. 261755<br>P.O. Drawer 1250<br>Lawrenceville, GA 30046<br>Telephone: 770.963.1997 |

| | |
|---|---|
| Louisiana Bar No. 34873<br>150 E. Ponce de Leon Avenue, Suite 340 Decatur, GA 3031-1287<br>Telephone: 334.956.8273<br>michael.tafelski@splcenter.org<br>sam.boyd@splcenter.org<br>sophia.mire.hill@splcenter.org<br>neil.ranu@splcenter.org<br><br>BARRETT & FARAHANY<br>Matthew Billips<br>Georgia Bar No. 057110<br>2921 Piedmont Road<br>Atlanta, GA 30305<br>Telephone: 470.284.7265<br>matt@justiceatwork.com<br><br>**LAW OFFICES OF GERRY WEBBER, LLC**<br>Gerald R. Weber<br>Georgiai Bar No. 044878<br>P.O. Box 5391<br>Atlanta, GA 31107-0391<br>Telephone:404.522.0507<br>wgerryweber@gmail.com<br>*Attorneys for Plaintiff*<br>*Admitted Pro Hac Vice* | ekinsinger@pkknlaw.com<br>*Attorneys for Defendants* |