**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| MICHELLE MICKENS, | ) | CIVIL ACTION NO: |
| *Plaintiff,* | ) | 3:25-cv-00166-TES |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| OGLETHORPE COUNTY SCHOOL | ) | |
| SYSTEM and SUPERINTENDENT | ) | |
| BEVERLY LEVINE, in her official | ) | |
| capacity, | ) | |
| *Defendants.* | ) | |

## **ORDER**

The Parties having jointly moved for a stay of all deadlines in this matter, and for good cause shown, the Motion is hereby **GRANTED**.

IT IS ORDERED that all current deadlines, including discovery and dispositive-motion deadlines, are stayed through May 19, 2026, to allow the Parties to participate in mediation.

If mediation is unsuccessful, the Parties shall submit a proposed amended scheduling order within five (5) business days following mediation.

SO **ORDERED** this  24  day of ___March___, 2026.

s/Tilman E. Self, III
_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT JUDGE