**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| MICHELLE MICKENS, | ) | CIVIL ACTION NO: |
| *Plaintiff,* | ) | 3:25-cv-00166-TES |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| OGLETHORPE COUNTY SCHOOL | ) | |
| SYSTEM and SUPERINTENDENT | ) | |
| BEVERLY LEVINE, in her official | ) | |
| capacity, | ) | |
| *Defendants.* | ) | |

## <u>NOTICE OF SETTLEMENT</u>

COME NOW, Defendants Oglethorpe County School System and Beverly Levine ("Defendants"), and Plaintiff, by and through the undersigned counsel of record, hereby notifies the Court that the parties have reached an agreement in principle on settlement to resolve this matter and anticipate filing a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in the next sixty days.

Respectfully submitted this 21st day of May, 2026.

| | |
|---|---|
| **SOUTHERN POVERTY LAW CENTER** | **PEREIRA, KIRBY, KINSINGER & NGUYEN, LLP** |
| | |
| *s/Michael J. Tafelski* | *s/Elizabeth F. Kinsinger* |
| Michael J. Tafelski | Elizabeth F. Kinsinger |
| Georgia Bar No. 507007 | Georgia Bar No. 261755 |

Sam Boyd*
Florida Bar No. 1012141
Sophia Mire Hill*
Louisiana Bar No. 36912
Neil S. Ranu*
Louisiana Bar No. 34873
150 E. Ponce de Leon Avenue, Ste. 340
Decatur, GA 3031-1287
Telephone: 334.956.8273
michael.tafelski@splcenter.org
sam.boyd@splcenter.org
sophia.mire.hill@splcenter.org
neil.ranu@splcenter.org

BARRETT & FARAHANY
Matthew Billips
Georgia Bar No. 057110
2921 Piedmont Road
Atlanta, GA 30305
Telephone: 470.284.7265
matt@justiceatwork.com

**LAW OFFICES OF GERRY
WEBBER, LLC**
Gerald R. Weber
Georgia Bar No. 044878
P.O. Box 5391
Atlanta, GA 31107-0391
Telephone:404.522.0507
wgerryweber@gmail.com

*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

Admitted Pro Hac Vice
P.O. Drawer 1250
Lawrenceville, GA 30046
Telephone: 770.963.1997
ekinsinger@pkknlaw.com

*Attorneys for Defendants*