# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| MICHELLE MICKENS, | * | CIVIL ACTION NO: 3:25-CV-00166- |
| | * | TES |
| *Plaintiff,* | * | |
| | * | |
| v. | * | |
| | * | JURY TRIAL DEMANDED |
| OGLETHORPE COUNTY | * | |
| SCHOOL SYSTEM and | * | |
| SUPERINTENDENT BEVERLY | * | |
| LEVINE, in her official capacity, | * | |
| *Defendants.* | * | |
| ******************************** | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Mickens and Defendants Oglethorpe County School System and Superintendent Beverly Levine, in her official capacity, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims asserted in this action, with prejudice  with each party to bear their own fees and costs.

Respectfully submitted this 1st day of July, 2026.


FOR PLAINTIFF:                              FOR DEFENDANTS:

*/s/ Michael J. Tafelski*                   */s/ Elizabeth F. Kinsinger*
Michael J. Tafelski                          ELIZABETH F. KINSINGER
Georgia Bar No. 507007                       GA Bar No. 261755
Sam Boyd* FL Bar No. 1012141                 **PEREIRA, KIRBY,**
Sophia Mire Hill* LA Bar No. 36912           **KINSINGER & NGUYEN, LLP**
Neil S. Ranu* LA Bar No. 34873               P. O. Drawer 1250
**SOUTHERN POVERTY LAW CENTER**              Lawrenceville, Ga 30046

2

150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA 3031-1287
Ph: (334) 956-8273
michael.tafelski@splcenter.org
sam.boyd@splcenter.org
sophia.mire.hill@splcenter.org
neil.ranu@splcenter.org

(770) 963-1997 Telephone
(770) 822-2913 Facsimile
ekinsinger@pkknlaw.com

Matthew Billips
Georgia Bar No. 057110
BARRETT & FARAHANY
2921 Piedmont Road
Atlanta, GA 30305
Ph: (470) 284-7265
matt@justiceatwork.com

Gerald R. Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
P.O. Box 5391
Atlanta, GA 31107-0391
Ph: (404) 522-0507
wgerryweber@gmail.com

*Admitted Pro Hac Vice*

2